UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COMBUSTION ENGINEERING, INC., | ) | Miscellaneous Case No. 06-21 (JEI) |
| | ) | |
| Debtor-in-Possession. | ) | Bankruptcy Case No. 03-10495 (JKF) |
| | ) | |

Objection Deadline: February 21, 2006 at 4:00 p.m. Prevailing Eastern Time
Hearing Date: February 28, 2006 at 10:00 a.m. (in Camden, NJ)

## NOTICE OF DISTRICT COURT HEARING ON
## ENTRY AND AFFIRMANCE OF CONFIRMATION ORDER

**TO: All parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.**

PLEASE TAKE NOTICE that on December 19, 2005, the Bankruptcy Court for the above-captioned debtor and debtor-in-possession (the "Debtor") entered that certain *Order Confirming (And Recommending Affirmance by the U.S. District Court) Debtor's Plan of Reorganization as Modified Through October 7, 2005 and Setting Bar Dates to File Certain Claims In Paragraphs 50, 51, 52, 53 and 73 [Docket No. 2752]* (the "Confirmation Order").

PLEASE TAKE FURTHER NOTICE that, after independently reviewing the Confirmation Order and materials related thereto, the Honorable Joseph E. Irenas, Senior United States District Judge, has scheduled a hearing (the "Hearing") to occur on February 28, 2006 at 10:00 a.m., Prevailing Eastern Time, to determine whether the United States District Court should enter its order affirming and approving the Confirmation Order, including any injunctions contained therein pursuant to 11 U.S.C. § 524(g). As set forth below, the Hearing will take place at the United States District Court for the District of New Jersey, Mitchell H. Cohen Federal

Building & U.S. Courthouse 1, John F. Gerry Plaza, 400 Cooper Street, Camden New Jersey 08101-2907.

OBJECTIONS OR OTHER RESPONSES, IF ANY, TO THE ENTRY OF A DISTRICT COURT ORDER AFFIRMING OF THE CONFIRMATION ORDER MUST BE IN WRITING AND BE FILED WITH THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, WILMINGTON, DELAWARE 19801, WITH A COURTESY COPY OF THE OBJECTION DELIVERED TO THE HONORABLE JOSEPH E. IRENAS AT THE ABOVE-NOTED ADDRESS FOR THE DISTRICT COURT, BY NO LATER THAN 4:00 P.M. PREVAILING EASTERN TIME ON FEBRUARY 21, 2006.

Objections or other responses to the entry and affirmance of the Confirmation Order, if any, must also be served so that they are received not later than February 21, 2006 at 4:00 P.M. Prevailing Eastern Time, by (A) co-counsel for the Debtor: (i) Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., Attn: Laura Davis Jones, Esquire, 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, Delaware 19899-8705 (courier 19801) and (ii) Kirkpatrick Lockhart Nicholson & Graham LLP, Attn: Jeffrey N. Rich, Esquire, 599 Lexington Avenue, New York, NY 10022; (B) counsel to ABB Holdings Inc., Kirkland & Ellis LLP, Attn: Theodore L. Freedman, Esquire, Citigroup Center, 153 East 53rd Street, New York, NY 10022-4611 and Attn: Adam Paul, Esquire, 200 East Randolph Drive, Chicago, IL 60601; (C) the Office of the United States Trustee, Attn: Richard Shepacarter, Esquire, 844 King Street, Suite 2313, Lockbox 35, Wilmington, Delaware 19801; (D) counsel to the Official Committee of

2

Unsecured Creditors: (i) Frank/Gecker LLP, As Assignee of Neal, Gerber & Eisenberg LLP, 325 North LaSalle Street, Suite 625, Chicago, IL 60610 and (ii) Caplin & Drysdale, Chartered, Attn: Elihu Inselbuch, Esquire, 375 Park Avenue, 35th Floor, New York, NY 10152; (E) counsel to the Futures Representative: (i) Phillips, Goldman & Spence P.A., Attn: John C. Phillips, Esquire, 1200 North Broom Street, Wilmington, DE and (ii) Swidler Berlin LLP, Attn: Roger Frankel, Esquire, The Washington, Harbour, 3000 K St., N.W., Suite 300, Washington, DC 20007; and (F) counsel for Certain Cancer Claimants, Montgomery, McCracken, Walker & Rhoads, LLP, Attn: Noel C. Burnham, Esquire and Natalie D. Ramsey, Esquire, 123 South Broad Street, Philadelphia, PA 19109.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE DISTRICT COURT MAY ENTER AN ORDER AFFIRMING THE CONFIRMATION ORDER, INCLUDING ANY INJUNCTIONS CONTAINED THEREIN PURSUANT TO 11 U.S.C. § 524(g), WITHOUT FURTHER NOTICE OR HEARING. IN ADDITION, IF NO OBJECTIONS ARE TIMELY FILED, PARTIES DO NOT NEED TO ATTEND THE FEBRUARY 28, 2006 HEARING.

Date: February 8th, 2006

_____
The Honorable Joseph E. Irenas
Senior United States District Judge

3